In the Matter of the Probate of the Will of FRANCES A. ENGLISH, Deceased. JOHN L. ENGLISH et al., Appellants; FRED G. FOLLETT, Respondent.

Argued January 6, 1950; decided January 13, 1950.

645

*James H. Penrose* for appellants.
*Edgar Blumberg* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.